**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

MICHAEL LANDRY and
LISA LANDRY, husband and wife,

      Plaintiffs, and                  CASE NO.: 3:06-CV-43 MCR/MD
                                     and

COPY PRODUCTS LEASING, INC., and    CASE NO.: 3:06-CV-44 MCR/EMT
R. ROGER WALLACE                      (consolidated)

      Plaintiffs,

v.

PERDIDO KEY LOTS 124 & 125, LLC,

      Defendant.

v.

COPY PRODUCTS LEASING, INC., and
R. ROGER WALLACE; and MICHAEL
LANDRY and LISA LANDRY, husband and
wife

      Counter-Defendants; and

ARCHITECTURE DESIGN &
DETAILING, INC.

      Third-Party Defendant.

_____/

## O R D E R

      This matter is presently scheduled on the court's trial docket commencing April 16,
2007.  The court also notes that three (3) separate motions for summary judgment are
pending in this matter.  Due to conflicting matters on the Court's calendar and the pending
dispositive motions, the trial in this case will be continued to the two-week trial docket
commencing October 15, 2007.  Any party with a conflict during that trial period may file

a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

With regard to the pending dispositive motions, the court directs the parties to submit hard (i. e., paper) copies of their respective motions for summary judgment, responses, all exhibits, and other evidentiary materials timely filed, to the undersigned's chambers no later than **April 6, 2007**.

**DONE and ORDERED** on this 19th day of March, 2007.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**